THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00101-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| GINGER LYNN CUNNINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Defer Report Date [Doc. 34].

The Defendant is currently scheduled to report to the Federal Bureau of Prisons (BOP) on August 25, 2020. The Defendant moves the Court to defer her report date in light of the pending COVID-19 pandemic, the number of cases at the BOP facility at which she is to report, and her increased susceptibility to complications if she were to contract the virus. [Doc. 34]. The Government opposes the Defendant's request. For good cause shown, the Court will grant the Defendant's motion and defer the Defendant's reporting date for a period of sixty (60) days.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Defer Report Date [Doc. 34] is **GRANTED**, and the deadline for the Defendant to report to the Federal Bureau of Prisons is **EXTENDED** to at least **October 24, 2020**.

The Clerk is directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Service, and the appropriate official at the Bureau of Prisons.

**IT IS SO ORDERED**.

Signed: August 21, 2020

Martin Reidinger
Chief United States District Judge