# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00101-MR-WCM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **GINGER LYNN CUNNINGHAM,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Second Motion to Defer Report Date [Doc. 36].

The Defendant is currently scheduled to report to the Federal Bureau of Prisons (BOP) on October 24, 2020. The Defendant again moves the Court to defer her report date in light of the pending COVID-19 pandemic, the number of cases at the BOP facility at which she is to report, and her increased susceptibility to complications if she were to contract the virus. [Doc. 36]. The Government opposes the Defendant's request. For good cause shown, the Court will grant the Defendant's motion and defer the Defendant's current reporting date for a period of sixty (60) days. The Court notes that it is unlikely that any further extension will be granted. The Bureau

of Prisons has done a good job of addressing COVID within its facilities.[1] The service of the Defendant's sentence cannot be deferred indefinitely.

**IT IS, THEREFORE, ORDERED** that the Defendant's Second Motion to Defer Report Date [Doc. 36] is **GRANTED**, and the deadline for the Defendant to report to the Federal Bureau of Prisons is **EXTENDED** to at least **December 23, 2020**.

The Clerk is directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Service, and the appropriate official at the Bureau of Prisons.

**IT IS SO ORDERED.**

Signed: October 20, 2020

Martin Reidinger
Chief United States District Judge

---

[1] Of the COVID related deaths referred to in the report submitted by Defendant's counsel [Doc. 36-3 at 5], less than 14% were in Bureau of Prisons facilities, with few of those in facilities for women.